# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Charles W Jackson <br> *Plaintiff* <br> v. <br> Washington State DOC and Tech Care "NaphCare" <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:17-cv-00186-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff did not comply with the statutory requirements of 28 U.S.C. 1914 and 1915. Therefore, this action is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian .

Date: 10/19/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler